UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE F., <br>         Plaintiff, <br>     v. <br> UNITEDHEALTHCARE INSURANCE COMPANY, <br>         Defendant. | Case No. 19-cv-01111-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby set the following dates at the 6/3/2019 Case Management Conference:

## PRETRIAL SCHEDULE

| | |
|---|---|
| Compliance hearing re filing of Joint Statement re Discovery | Monday, July 15, 2019 at 2:01PM |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | August 30, 2019 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | June 4, 2019 after this date Motions under FRCP Rule 16(b)(4) |
| CROSS-MOTIONS SCHEDULE ASSUMING NO NEED FOR DISCOVERY: | Plaintiff Opening Brief filed 9/17/19 |
| | Defendant Cross-Motion and Opposition (single brief) to Plaintiff's Motion filed by October 1, 2019 |
| | Plaintiff's Reply in support of its own motion/Opposition to Defendant's Cross Motion (single brief) filed by October 15, 2019 |
| | Defendant's Reply on its Cross-Motion filed October 22, 2019 |
| | Hearing on Cross-Motions set Tuesday, November 12, 2019 at 2:00 PM |

The parties must comply with both the Court's Standing Order in Civil Cases and Standing

Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: June 19, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge